The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| URBANO VELASQUEZ, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>KING COUNTY, a political subdivision of the state of Washington, DEPUTY DEVON STRATTON, a King County Sheriff's Department Deputy, DEPUTY WEST, a King County Sheriff's Department Deputy, DEPUTY DONAGLIA, King County Department Deputy, and DOES 1 through 5, inclusive,<br><br>　　　　　　　　　　　　Defendants. | No. 2:19-cv-00745-RSM<br><br>ORDER GRANTING JOINT MOTION SETTING NEW TRIAL DATE AND RELATED DATES |

THIS MATTER having come on for hearing before the undersigned court on the parties' joint motion to reset the trial date and the related dates and the Court having reviewed said motion, and all the matters submitted with these pleadings, and being otherwise fully advised;

NOW, IT IS HEREBY

ORDER GRANTING JOINT MOTION SETTING
NEW TRIAL DATE AND RELATED DATES - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

| 1 | ORDERED, ADJUDGED AND DECREED that the Joint Motion For Order Setting New Trial Date And Related Dates is **GRANTED.** The new trial date is September 21, 2020, and an Amended Case Schedule with deadlines consistent with the new trial date will be issued by the Court. |

DONE IN OPEN COURT this 11 day of December, 2019.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: */s/ Daniel L. Kinerk*
DANIEL L. KINERK, WSBA #13537
Senior Deputy Prosecuting Attorney
500 Fourth Ave., 9th Floor
Seattle, WA. 98104
Telephone: (206) 296-8820
Fax: (206) 296-8819
E-Mail: dan.kinerk@kingcounty.gov
Attorneys for King County Defendants


By: */s/ Stephen J. Plowman*
Stephen J. Plowman
8048 NE 8th Street
Medina, WA 98039
Telephone: (425) 233-0321
E-Mail: sjplowman@gmail.com
Attorney for Plaintiff Velasquez

ORDER GRANTING JOINT MOTION SETTING
NEW TRIAL DATE AND RELATED DATES - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819