The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

URBANO VELASQUEZ, an individual,

Plaintiff,

vs.

KING COUNTY, a political subdivision of the state of Washington, DEPUTY DEVON STRATTON, a King County Sheriff's Department Deputy, DEPUTY WEST, a King County Sheriff's Department Deputy, DEPUTY DONAGLIA, King County Department Deputy, and DOES 1 through 5, inclusive,

Defendants.

No. 2:19-cv-00745-RSM

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT DEPUTY DEVON STRATTON *ONLY*

**STIPULATION**

IT IS HEREBY STIPULATED between the plaintiff and defendants, parties to the above-entitled action, that the same be dismissed, with prejudice, as to defendant DEPUTY DEVON STRATTON only, without costs or attorney's fees. King County remains a named defendant in this lawsuit.

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

DATED this ___ day of July, 2020

DANIEL T. SATTERBERG
King County Prosecuting Attorney

*By: /s/ Dan Kinerk*
DANIEL L. KINERK, WSBA #13537
Attorney for Defendants

PLOWMAN LAW

By: ______________________________
STEPHEN J. PLOWMAN, WSBA #21823
Attorney for Plaintiff Urbano Velasquez

**ORDER**

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED and DECREED that defendant Deputy Devon Stratton is hereby DISMISSED WITH PREJUDICE from this matter, without costs or attorney's fees.

DATED this 28th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *Daniel L. Kinerk*____________________
DANIEL L. KINERK, WSBA #13537
Attorney for Defendants

Copy received; approved as to form;
Notice of Presentation waived:

PLOWMAN LAW

By: ________________________________
STEPHEN J. PLOWMAN, WSBA #21823
Attorney for Plaintiff Urbano Velasquez

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS DEPUTY DEVON STRATTON *ONLY* [19-cv-00745-RSM] - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819