The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| URBANO VELASQUEZ, an individual, | )<br>) |
| Plaintiff, | ) No. 2:19-cv-00745-RSM<br>) |
| vs. | )<br>) STIPULATION AND ORDER FOR |
| KING COUNTY, a political subdivision of the state of Washington, | ) DISMISSAL OF DEFENDANT KING<br>) COUNTY<br>) |
| Defendant. | )<br>) |

### STIPULATION

IT IS HEREBY STIPULATED between the plaintiff and defendant, parties to the above-entitled action, that the same be dismissed, with prejudice, as to defendant KING COUNTY, without costs or attorney's fees.

//
//
//
//

STIPULATION AND ORDER FOR DISMISSAL
OF DEFENDANT KING COUNTY
[19-cv-00745-RSM] - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

DATED this 27th day of August 2020.

| DANIEL T. SATTERBERG | PLOWMAN LAW |
| King County Prosecuting Attorney | |

By: /s/ Dan Kinerk                By: _____
DANIEL L. KINERK, WSBA #13537     STEPHEN J. PLOWMAN, WSBA #21823
Attorney for Defendant King County  Attorney for Plaintiff Urbano Velasquez

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED and DECREED that defendant King County is hereby DISMISSED WITH PREJUDICE from this matter, without costs or attorney's fees.

DATED this 2nd day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *Daniel L. Kinerk*
DANIEL L. KINERK, WSBA #13537
Attorney for Defendant King County

STIPULATION AND ORDER FOR DISMISSAL
OF DEFENDANT KING COUNTY
[19-cv-00745-RSM] - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

Copy received; approved as to form;
Notice of Presentation waived:

PLOWMAN LAW

By: _____
STEPHEN J. PLOWMAN, WSBA #21823
Attorney for Plaintiff Urbano Velasquez

STIPULATION AND ORDER FOR DISMISSAL
OF DEFENDANT KING COUNTY
[19-cv-00745-RSM] - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819